

vacated, and case remanded for further consideration in light of *United States* v. *Mendoza,* 464 U. S. 154 (1984). 

No. 82–2117. CONNECTICUT *v.* SCHONAGEL. Sup. Ct. Conn. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Michigan* v. *Clifford,* 464 U. S. 287 (1984). 

No. 83–5165. ZEISLER *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Michigan* v. *Clifford,* 464 U. S. 287 (1984). 

No. — – ——. SAYLES *v.* GESELL, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. Motion to direct the Clerk to file the petition for writ of certiorari out of time denied.

No. D–373. IN RE DISBARMENT OF PERRI. Disbarment entered. [For earlier order herein, see 464 U. S. 926.]

No. D–387. IN RE DISBARMENT OF MANDELL. Disbarment entered. [For earlier order herein, see 464 U. S. 958.]

No. D–396. IN RE DISBARMENT OF MCMORRIS. It is ordered that Samuel McMorris, of Oakland, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–397. IN RE DISBARMENT OF BERGMAN. It is ordered that Laurence Edgar Bergman, of Ft. Collins, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–1109. ROBERT W. KIRK & ASSOCIATES, INC. *v.* HOLCOMB ET AL., 459 U. S. 1170. Motion of respondent Holcomb to set time for filing attorney's fee application is denied without prejudice to applying for the relief in the United States Court of Appeals for the Eleventh Circuit.